IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY JOE LOCKHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv292-MHT |
| | ) | (WO) |
| OFFICER CHRIS WHITTLE and | ) | |
| CORP. OFFICER MARLEY, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated at the Chilton County Jail, filed this lawsuit complaining that the defendant police officers illegally detained and arrested him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and comply with the orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of February, 2025.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE